RECEIVED
MAR 14 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

United States of America ex rel.

Reginald Brewer 20070062617
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

State Illinois
(Warden, Superintendent, or authorized
person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank only if judgment
attacked imposes a sentence to commence
in the future)

ATTORNEY GENERAL OF THE STATE OF

Illinois
(State where judgment entered)

08CV1538
JUDGE DOW
MAG. JUDGE BROWN

Case Number of State Court Conviction:

CR 0681001 IL BRID Review

PETITION FOR WRIT OF HABEAS CORPUS -- PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: Bridgeview Illinois 10220 South 76th Avenue.

2. Date of judgment of conviction: 6-18-07

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known) Possession of Controlled Substance.

4. Sentence(s) imposed: 13 Months Felony probation

5. What was your plea? (Check one)
   (B) Guilty (✓)
   (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details: I pleaded guilty cause Joe would not go to jail

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):   Jury ( )   Judge only (✓)

2. Did you testify at trial?   YES (✓)   NO ( )

3. Did you appeal from the conviction or the sentence imposed?   YES ( )   NO (✓)

   (A) If you appealed, give the

   (1) Name of court: _N/A_

   (2) Result: ____

   (3) Date of ruling: ____

   (4) Issues raised: ____

   (B) If you did not appeal, explain briefly why not:
   At the time I did not no or how too!

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES ( )   NO (✓)

   (A) If yes, give the

   (1) Result  _N/A_

   (2) Date of ruling:  _N/A_

   (3) Issues raised:  _N/A_

   _N/A_

   (B) If no, why not: ____

5. Did you petition the United States Supreme Court for a writ of *certiorari*?   Yes ( )   No (✓)

   If yes, give (A) date of petition: ____   (B) date *certiorari* was denied: ____

2

**PART II -- COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES ( )   NO (✓)

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: N/A

   B. Date of filing: N/A

   C. Issues raised: _____

   D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (✓)

   E. What was the court's ruling?   N/A

   F. Date of court's ruling:   N/A

   G. Did you appeal from the ruling on your petition?   YES ( )   NO (✓)

   H. (a) If yes,   (1) what was the result?   N/A

            (2) date of decision: _____

      (b) If no, explain briefly why not:   N/A

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( )   NO ( )

   (a) If yes,   (1) what was the result?   N/A

          (2) date of decision:   N/A

   (b) If no, explain briefly why not: I did not no how I need help

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (✓)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

      1. Nature of proceeding _____

      2. Date petition filed _____

      3. Ruling on the petition _____

      3. Date of ruling _____

      4. If you appealed, what was the ruling on appeal? _____

      5. Date of ruling on appeal _____

      6. If there was a further appeal, what was the ruling? _____

      7. Date of ruling on appeal _____

[Handwritten across items 1-7: "N/A" with note: "That Juge would Have sad NO!"]

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (✓)

   A. If yes, give name of court, case title and case number: _____N/A_____

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____N/A_____

      (2) Date: _____N/A_____

4. **WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?**

YES (✓)   NO ( )

If yes, explain: I Have This Same Charge By The Summer Cop,s This I have to sit This Down win He See Me its all bout Drug And This not what it is!

4

## PART III -- PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  You may attach additional pages stating additional grounds and supporting facts.  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  The same cops are lock me up 3 Times And
Supporting facts (tell your story briefly without citing cases or law):

each Time They say I saw him throw Durg Too The ground Not Turne. They found The Durg in The car when i was Not in Search And seizure offer Harris 14060 is Doing what she want To And if she find durg She will Starde — i saw him Thorew it Looks at How many cuse she say He Threw it This what cop are saying To git you Lock up!!!!!

(B) Ground two  Case No 07-CR-18819 Transcript preliminary
Supporting facts:

hearing on 3/21/07. On This Day duly Sworn Jennifer Harris 14060, 6th District Stande A concerned citizen waved me down after leaving the Station and stated that she noticed a male black wearing all black attire was at 343 west 79th Street at The Kuncle Cushing Station Standing next to a dark colored (x) Escalade selling narcotics? I did not have on all black Attire

5

(C) Ground three  The witness was not in court to see me
Supporting facts:

or Did not pick me out of a line up. I win the cos game in to the lot I was talking to a lady at her car not at standing my car like the say she pick up my keys And went in that tuck on her owned they pact me down nothing on me but $0.06 usc take early thing out your packes mony wair Dik you git this money former And win the key to

(D) Ground four  The tuck came out she stand it all up
Supporting facts:

wair Did you git this form she pick up my keys And wont in my tuck An it we drop a big of web to the gound. Fact I did not wore on all black she got the frist black male she sewe wich was me. The office ite just look at thes repots No 07C000332 (NO-07-CR-18819 Thes 2 paper should be the same that are not why? Do what ever it takes to win cruse at other peopel expens!

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?
   YES ( )   NO (✓)

3. If you answered "NO" to question (16), state briefly what grounds were not so presented and why not:

MY ATTORNEY Joseph did not Do his Job


Ground three (E)

Supporting Facts

MY ATTORNEY Joe would not go to Tail He Also did not git void Tape Form 343 west 29th Street at check cashing station which is open 24 hour day 365 days a year Joe Said Their was no Tape The Lady at The check cushing Place Told me Their is void Tape your Attorney would have to git it in know this so i Told him Also I Told Him That i was Talking 2 guys That I play Best ball with i saw The Lady who I had got her phone number Form So I Told My Attorney i had 3 witness he never use or ask me of Their name or number He said I will win This case in a motion we i we did not had no Defenses! Appellant further contents that he was denied due by admission. Specifically he claims that lineup was unduly suggestive And violated the Fourteeth Amendent. However a Finding of unnecessary suggestiveness need not require the exclusion of identification evidence one must them assess The likehood of misidentification by weighing such external factors as The opportunity At The time of the crime the witness degree of Atten The Accuracy of The prior description by The witness at The confrontation And the length of time between the crime and the confrontation Now if you git The notes 400 N Supper The police Ropotts will not Macths!

Ground Three Supporting Facts (7)

Facts Joe was a Ex Judge He know his way around The court for This why its ineffective assistance by criminal defense counsel He Just Beat me out my money He did No work i wont To go Too Tail He quits on me 6-18-07 But He Told me He dont need my winnings if He had To go To Tail See He know He was not going To make money on This case He charge me 200 every Time we wont To court. Then win it come Time He wont 300 He Thort he was going To win in a motion I Told Joe I See what was going on He wont in Thair To a Deal Because He Slade You wont go To Jail I know That what Joe did i could have have a PUBLIC OFFENDER And kept my money. in This here i should be Time cop got The Black Bag out The Truck Judge Lenahan Slade That was good note for Him cuse i did not say The Bag wair mine i Told The court They did Not show me know Bag Just a Black Bage i was Owing The Truck So if Bag wair Thair i did not know But She got The Bage The Rong way She no Reson To go in The Truck I was 20 To 30 Feet away from The Truck Joe did not Tell How and what was probation Just look at The paper work i try To git him To go To Tail on The case He would No go He did Not wont To work.

G. Defendant Joe Malcellaio

This is what Joseph M. Macellaio. Did not do in court

The law require the Trial court to conduct some type of inquiry into the underlying factual basis, if any, of a defendant's pro se posttrial claim of ineffective assistance of counsel. Defendant Alleged for instance, that his trial counsel Failed to subpoena witnesses. The record does not reveal who these witnesses were or subpoena voide tape & three witnesses. The record does not reveal who these witnesses were or what they would Have said on the stand. Defendant also alleged that trial counsel Refused to use any of his suggested questions in cross-examination. Although cross-examination is generally a matter of trial strategy is impossible for an attorney to render ineffective performance in cross-examination. If the cross-examination was objectively unreasonable, it can amount to ineffective assistance if the defendant suffered prejudice. Who knows what alleged deficiencies in cross-examination that Defendant had in mind because the trial court never asked me. That why I hair Joe cause He was a Judge He know His way around The court Room well The case don't show it #07CR06810 I could Not go to Trial cuse The record will show He quie on me if You Look Back He did not have a chance in win The case with no witnesses or No Tape! He Told me I don't need them i will win in a motion! Now comes The new case (07CR18819) He came to court Spt 4-07 once agin not Ready we lost agin He did not come to The Back And Talk to me what was his Defences if any! And He did not come Back at all! This is what He could said That The Same Cob Habiak 9921 has Attest me three Times And He is Call My Name Saying Here we go agin one of The cave

was thowr out I don't know the ceuse nuber but it was at 111, Fells Jult 07 1:00 cell we were loseing unit I spoke up and the Juge Let me take and that How we won! Joe had a lot to use but he did not it like Joe had lost it Like M Jordan he lesoe forekk on what he start out with he dont know how to chege the officers up or He Just did not beivlek me cuese win we lost he said to me one day you know That chek cash places I wont Bt Thenk And it like you sad i was dead! Joe did not Have good fekling about me! And He should not took The cuse!

H

One more thing my Lawer Joe did not do in this Trial had did not cross the other cop Habiak 9921 How would you catch the cops up win only one was on the stand? The Juge was not going too belvil me over the cops with no other witnveds Thair wich Also was not call I sold out by my Lawer I don't cair what no one say had made a bell with out my no! Joe McCelland shold lose Lincen be hind this too He was a Juge And He use this too make you haid him too He statde I know him I know her in courts Room we were in That Ran over the man like He was not thair! Look back at the Transcript preliminary hearing 3/21/07 case no 07-CR-18819 NO. 07MC1-110429 Charita chancellor official court reporter License NO. 084-002056. Dont git me rong I love Joe as a pRson win it come too git down in the court Room Father Time has come He cant keps up know more I told him He And I Talk about this He statde That Yes as Time I Have made a lot of money He say He dont need money But That not for me to decides it 4 him. I like Joe so much I did not want to see him do what M Jordan dow come back win He should have sat down. There to cops have been our men ever cents thail swich polices Reports on me nuthing was done thail Search me not Right. Habiak 9921 was holding 20 feet away win his PaRwer Jennifer Harris, 14060 6th district was go thorw my Tucck she pick the keys up off the car hit the keys benerth the stair up say hell no whair did you git this Tucck Fromh Red descuided this has a lot of dope

case or I saw him there it this the WAY tired us by the Chicago polices to git you convict! And it working real good the probable cused juge are fall for this hock line and sunker! Criminal Divsion must look in too this becas if a cop just statde he or she saw him there a doop somthing this tex hold fruit of sedrh which gives the cops probable cause Joe neve frowt the case right the case was to Fame up he should have act it slpy play the case down Attack a perfect case seem air tight attack it for its perfection And strength Joe should have argue that the case is entirely improb able because of its very perfection It has been built up too strongly. It is impossible for every bondy to give a perfect account of what took place unless they lied or were thorougnly rehearsed and coached! people just dont not see thing in an identical way when the in positions and chances for obeser servation vary the case is a Fram up! cont 1 a lady stop cops And statde it is a Black male in all Black cloltharsing selling drug 2 the lady was not thair I no thing too fear my aqusre And she did not face me or pick me out no line up einer that champ. The frist Black male that saw was me 3 I was not stond by know truck win thay came in too the lot the ask me too come here I wlak to them on my own. I did not have know Drug on me just my Rent money wich I wont Back also my Tuck too. These cops volaoy 4-14 Amd Right 2 Time in owr search!

I

Joe Also never came too see me. I ask him to come talk me not my old lady. I told Joe I don't like know lawer take my money right befor court. Their was too vidd tape that lot has been watch 365 days a year. I had winthnoves it was a lot of piople out their the day cashing income texes that Dail won you git money ever one was heppen that why I walk back and side becerst that were call texes pldess too see if the cheaks was the peiped who was bring thim in to use too work right down the street at time of the arrest. He told me he be at cook country jail all the time He never came too see me! Statle AROC. He did not file motion to suppress on your behalf being frivolous. He did not work the cause. How he know I have 3 witnessne to told I wont to go to jail He tall's me about the cop did not wont you to git the peic I did not wont the peic. This man was a Juse he should know his way around the court Room! legal services was not right He too me we should have won at perimme hearing Also motion to suppress He told me Their was resos to give my wenitwess name & nuber wite we go too jail wich he was not going too do even it to meny hors in this case stete say I was derss in All black we porvin in court not turn office statle I was stand by my tuck Also not turn can provit it Their are 2 differen form the polices Also goonsupper Report I wont you too subenos the Report CR0681001 Also 07C000 332 Jennifer Harris 14060 6th district wite on the oth 2 time in open 3 times Jon 1 citizen No show up in court this was a murlush$ pros QH since by the state arret the fist blackman they saw wich was me.

## PART IV -- REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing __Joseph M MacDonald__

(B) At arraignment and plea __Joe__

(C) At trial __We would not go to Tail__

(D) At sentencing __Joe__

(E) On appeal __Knew attorney__

(F) In any post-conviction proceeding __N/A__

(G) Other (state): __N/A__

## PART V -- FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( ✓ )   NO ( )

Name and location of the court which imposed the sentence: __Bridgeview ILL__

Date and length of sentence to be served in the future __3 year 5 DOC__

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _____
         (Date)                                     _____
                                                   Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

__Raymond Brown__
(Signature of petitioner)
__20070626617__
(I.D. Number)
__Cook County Department__
(Address)

of Corrections p.o Box 089002
Chicago ILL 60608

REVISED 01/01/2001.

7

Reginald Brewer    Plaintiff,
       vs
People of the Stae of Illnois                CASE NO 06B1001 –
                                             ASS Forfeiture Also, 07C000332

MOTION TO Subpoenas. police Reports, Also ASA Forfeiture Unit Report 07C000332 in court Room 104 Judge Lenahan continued to 7-23-07 continued agin 8-6-07 in case no 06B1001 motion to suppress which was denied 8-6-07. The polices offices Jennifer Harris 14060 6th District Not olny did she Lie on the stand she swich the polices Reportes in ASA Forfeiture case 07C000332 June 21 court Room 110 1:00 pm call she naw that I would not have the polices Repotes they cheges them so it don't show the lady she say Fly her down And told her about me I want the cheges too Sixth Amendment is accused "shall have compulsory process for obtaining withnesse in his favor. I weue had this chanes too! This Reportes t will should not have Bew Arrest But also Because the evidence is insufficient, Tainted, And At most it olny establshes the defendents prerence At the scene of criminal Activity And No Knowledge. Thereof in this case. No crime was in progress And it was a matter of mere speculation whetuer one would Be comittled. There was indication of Relibility Such as the apprehension of other And no Justification for the Attest of defendant! proble cause did Not exist at time of detention or at the time police offices sougt too Make Attest And Search. The application of laws should Be uniform Regardless of the category of offense or the person Suspeted of commiting it And All stander should be applied in order to pruetour jurispudence from becoming a polices State. To over Turn this charges it was not Tail Right the Juedg was too leine for the State! He told them how to Rebudl my Motion I was going to lose Joe Know too Now I seen what he said you will lose ! I need help I Provn

                                                Reggenald Brewer