**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. REGINALD BREWER

**Defendant(s):** STATE OF ILLINOIS, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Reginald Brewer
#2007-0062617
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**FILED**
MAR 1 4 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV1538**
**JUDGE DOW**
**MAG. JUDGE BROWN**

**Signature:** A. E. Woodham   **Date:** 03/141/2008

Can NOT be Kennelly