KJ

08-1538

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X **RECEIVED**  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  **ATTORNEY GENERAL**  C. Date of Delivery<br>**APR 0 4 2008** |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph Street, 12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>**OFFICE SRVCS<br>MAILROOM** |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)  7004 2510 0001 9700 8835 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court   (08cv1538)
Northern District of Illinois
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

APR 15 2008

RECEIVED